Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN SCHLESINGER, individually and on behalf of all others situated<br><br>Plaintiff,<br><br>v.<br><br>WORLD WIDE MEDICAL SERVICES, INC., et. al.<br><br>Defendants. | Case No. 3:19-cv-02147-EMC<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

    NOW COMES THE PLAINTIFF, by and through his attorney of record, to respectfully notify this Honorable Court that this case has settled on an individual basis, with the putative class allegations to be dismissed without prejudice. Plaintiff requests that this Honorable Court vacate all pending dates and deadlines, including the Initial Case Management Conference currently scheduled for August 8, 2019, at 9:30 a.m., and Defendant's responsive pleading deadline currently set for August 8, 2019. Plaintiff requests the Court allow sixty (60) days for the Parties to file a stipulation of dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: August 7, 2019

Respectfully submitted,

By: /s/ Mark L. Javitch            .
Plaintiff's Attorney

Mark L. Javitch (SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
BRIAN SCHLESINGER