Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN SCHLESINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD WIDE MEDICAL SERVICES, INC., a Florida corporation, JOHN DOE 1, an unknown business entity<br><br>    Defendants. | Case No.: 3:19-cv-02147-EMC<br><br>**STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE; [PROPOSED ORDER]** |

  Plaintiff BRIAN SCHLESINGER ("Plaintiff") and Defendant WORLD WIDE MEDICAL SERVICES, INC., by and through their respective undersigned counsel, request that this Court dismiss this matter with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees.

Dated: August 30, 2019          By: /s/ Mark L. Javitch
                     Mark L. Javitch
                     Javitch Law Office
                     *Attorney for Plaintiff*

Dated: August 30, 2019     **BLANK ROME LLP**

By: */s/ Justin M. Brandt*
Ana Tagvoryan
Justin M. Brandt
*Attorneys for Defendant*
WORLD WIDE MEDICAL SERVICES, INC.

## ORDER (L.R. 7-12)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __3__, 2019

Hon. Edward M. Chen